```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                                :
UNITED STATES OF AMERICA        :    INDICTMENT
                                :
         - v. -                 :    20 Cr.
                                :
DAMIAN MATOS,                   :
                                :
                                :
         Defendant.             :
- - - - - - - - - - - - - - - X
```

**20 CRIM 361**

<u>COUNT ONE</u>

The Grand Jury charges:

On or about March 8, 2020, in the Southern District of New York and elsewhere, DAMIAN MATOS, the defendant, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, a 9mm Smith & Wesson pistol, and the firearm was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)

_____          _____
FOREPERSON                                AUDREY STRAUSS
                                          Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

v.

DAMIAN MATOS,

        Defendant.

---

INDICTMENT

20 Cr.

(18 U.S.C. §§ 922(g)(1), 924(a)(2), and 2.)

AUDREY STRAUSS
Acting United States Attorney

*[signature]*
Foreperson

---