**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/20

August 13, 2020

**BY ECF**
Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: *United States v. Matos*, 20 Crim. 361 (KMW)

Dear Judge Wood:

The Government respectfully submits this letter to ask that time be excluded under the Speedy Trial Act between today and the status conference currently scheduled for August 19. } Granted KMW

The defendant was arraigned before Magistrate Judge Fox on August 3, 2020. At the time of arraignment, Judge Fox excluded time under the Speedy Trial Act until a status conference that was originally scheduled for August 10. The defendant could not be produced on August 10, and today the Court confirmed that the status conference has been rescheduled for August 19 at 11:00 a.m.

An exclusion of time under the Speedy Trial Act between today and August 19 is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the parties to prepare and review discovery and to discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the exclusion of time.

Respectfully Submitted,

AUDREY STRAUSS
Acting United States Attorney

by: */s/ Kevin Mead*
Kevin Mead
Assistant United States Attorney
(212) 637-2211

CC:   Daniel Parker, Counsel for Damian Matos (by ECF)

SO ORDERED: N.Y., N.  8/13/20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.