UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/20

       -against-

DAMIAN MATOS,

                  Defendant.
------------------------------------------------------------x

**ORDER**
20 CR 361 (KMW)

KIMBA M. WOOD, District Judge:

       The Court will hold a teleconference in the above-captioned case on Monday, December 7, 2020, at 10:30 a.m.

       To join the telephone conference, the parties should dial 888-363-4749, and enter access code 1613818.

       SO ORDERED.

Dated: New York, New York
       December 2, 2020

                                            */s/ Kimba M. Wood*
                                             KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE