```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/26/21_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

                 20-CR-361 (KMW)

      -against-

                 **ORDER**

DAMIAN MATOS,

               Defendant.
--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      The Court will hold a teleconference in this matter on Monday, March 1, at 10:30 a.m.

      To join the teleconference, the parties should dial 888-363-4749 and enter access code 1613818.

      SO ORDERED.

Dated: New York, New York
      February 26, 2021                              /s/ Kimba M. Wood /
                                                            KIMBA M. WOOD
                                             United States District Judge