ONE MANHATTAN WEST
30TH FLOOR
NEW YORK, NY 10001
—
(212) 735-3000

DIRECT DIAL
212 735 2995
DIRECT FAX
917 777 2995
EMAIL ADDRESS
JOCELYN.STRAUBER@PROBONOLAW.COM

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____              │
│ DATE FILED: 5/28/21         │
└─────────────────────────────┘
```

May 27, 2021

**VIA ECF**               MEMO ENDORSED
The Honorable Kimba M. Wood
United States District Judge
United States District Court
    for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: *United States v. Damien Matos*, 20 Crim. 361 (KMW)

Dear Judge Wood:

I write on behalf of my client, Damien Matos, to respectfully request that the status conference currently scheduled in the above-referenced matter for June 2, 2021 at 11:00 a.m. be adjourned for 30 days to allow for discussions with the Government concerning a potential resolution. The Government consents to this request, which is the first such request that we have made. Mr. Matos consents to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the next conference date.

> The conference is adjourned to July 7, 2021, at 10:00 a.m.
> Time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), through July 7, 2021.

Respectfully submitted,

/s/ Jocelyn E. Strauber

cc: Kevin Bowmar Mead, Assistant U.S. Attorney (via electronic mail)

5/28/21

*Kimba M. Wood*
SO ORDERED