ONE MANHATTAN WEST
30TH FLOOR
NEW YORK, NY 10001

(212) 735-3000

DIRECT DIAL
212 735 2995
DIRECT FAX
917 777 2995
EMAIL ADDRESS
JOCELYN.STRAUBER@PROBONOLAW.COM

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/21
```

MEMO ENDORSED

June 23, 2021

**VIA ECF**
The Honorable Kimba M. Wood
United States District Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: *United States v. Damien Matos*, 20 Crim. 361 (KMW)

Dear Judge Wood:

I write on behalf of my client, Damien Matos, to respectfully request that the status conference in the above-referenced matter, currently scheduled for July 7, 2021 at 10:00 a.m., be adjourned for 30 days to allow for discussions with the Government concerning a potential resolution. The Government consents to this request. This is our second adjournment request; we previously requested, and your Honor granted, an adjournment of the June 2, 2021 status conference for 30 days. Mr. Matos consents to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the next conference date.

*The conference is adjourned to August 12, 2021, at 11:00 a.m. Time is excluded, pursuant to 18 USC 3161(h)(7)(A), through August 12, 2021*

Respectfully submitted,

/s/ Jocelyn Strauber

cc: Kevin Bowmar Mead, Assistant U.S. Attorney (via electronic mail)

**SO ORDERED:** N.Y., N.Y. 6/23/21

_____
KIMBA M. WOOD
U.S.D.J.