UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

DAMIEN MATOS,

                    Defendant.
-------------------------------------------------------------x

**ORDER**
20 CR 361 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/21

KIMBA M. WOOD, District Judge:

A conference in the above-captioned matter is currently scheduled for Thursday, August 12, 2021. The defendant is incarcerated at the Metropolitan Correctional Center, a facility that conducts remote proceedings on Mondays, Wednesdays and Fridays.

The Court will make a remote proceedings request for this defendant for Wednesday, August 11, 2021, at 11:00 a.m., with an alternate date of Friday, August 13, 2021, at 11:00 a.m. The parties should reserve both dates.

SO ORDERED.

Dated: New York, New York
       July 20, 2021

                                        /s/ Kimba M. Wood
                                       KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE