UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

DAMIEN MATOS,

                                Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 361 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/21

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Wednesday, August 11, 2021, at 11:00 a.m. Members of the press and public who wish to hear the proceeding should dial 1-888-363-4749 and enter Access Code 1613818.

SO ORDERED.

Dated: New York, New York
         August 4, 2021

                                                          KIMBA M. WOOD
                                            UNITED STATES DISTRICT JUDGE