ONE MANHATTAN WEST
30TH FLOOR
NEW YORK, NY 10001

(212) 735-3000

DIRECT DIAL
212 735 2995
DIRECT FAX
917 777 2995
EMAIL ADDRESS
JOCELYN.STRAUBER@PROBONOLAW.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/21

September 1, 2021

**VIA ECF**
The Honorable Kimba M. Wood
United States District Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

RE: *United States v. Damien Matos*, 20 Crim. 361 (KMW)

Dear Judge Wood:

I write on behalf of my client, Damien Matos, to respectfully request that the status conference in the above-referenced matter, currently scheduled for September 8, 2021, at 11:00 a.m., be adjourned for 14 days. This is our fourth adjournment request; we previously requested, and your Honor granted, an adjournment of the June 2, 2021, the July 7, 2021, and the August 11, 2021 status conferences for 30 days each.

I expect Mr. Matos to plead guilty at the next conference. Mr. Matos is in custody and has recently been released from an extended covid-related quarantine period; this additional time is needed so that he can confer further concerning this decision. The Government consents to this request. Mr. Matos consents to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the next conference date.

Respectfully submitted,

/s/ Jocelyn E. Strauber

cc: Kevin Bowmar Mead, Assistant U.S. Attorney (via electronic mail)

*Handwritten endorsement:* The conference is adjourned to September 30, 2021, as a control date. The Court refers any Change of plea to Magistrate's Court. Time is excluded, pursuant to 18 USC 3161(h)(7)(A), through September 30.

SO ORDERED: N.Y., N.Y. 9/2/21

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.