UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/21

-against-

DAMIAN MATOS,

Defendant.
-------------------------------------------------------------------x

ORDER
20 CR 361 (KMW)

KIMBA M. WOOD, District Judge:

Sentencing currently scheduled for December 14, 2021, is adjourned to January 19, 2022, at 11:30 a.m. Defendant's submission is due by January 5, 2022. Government submission is due by January 12, 2022.

SO ORDERED.

Dated: New York, New York
       December 2, 2021

/s/ Kimba M. Wood
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE