ONE MANHATTAN WEST
30TH FLOOR
NEW YORK, NY 10001

(212) 735-3000

DIRECT DIAL
212 735 2995
DIRECT FAX
917 777 2995
EMAIL ADDRESS
JOCELYN.STRAUBER@PROBONOLAW.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/22

December 30, 2021   **MEMO ENDORSED**

**VIA ECF**
The Honorable Kimba M. Wood
United States District Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: *United States v. Damien Matos*, 20 Crim. 361 (KMW)

Dear Judge Wood:

I write on behalf of my client, Damien Matos, to respectfully request an extension of time to file Mr. Matos' sentencing submission, currently due on January 5, 2022, to March 7, 2022, and relatedly, an extension of time for the government to file its response from January 12, 2022 to March 14, 2022, and an adjournment of the sentencing, currently scheduled for January 19, 2022 at 11:30 a.m., to a date at least a week following March 14, 2022. This is my first request to adjourn the sentencing date; the Government does not object to this request.

*KMW Granted*

I request this adjournment because I need additional time to confer with my client as I prepare our sentencing submission and potentially to engage a mitigation specialist. The additional time is necessary, in part, because I have had difficulty reaching Mr. Matos by telephone recently, and the Metropolitan Detention Center has now suspended in-person visits due to COVID.

Sentencing is adjourned to March 23, 2022, at 12:00 p.m.

SO ORDERED: N.Y., N.Y. 1/3/22

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.