## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2995
DIRECT FAX
917-777-2995
EMAIL ADDRESS
JOCELYN.STRAUBER@SKADDEN.COM



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/22

February 15, 2022

Hon. Kimba M. Wood
United States District Judge
Daniel P. Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: *United States v. Damien Matos*, 20-Cr-361 (KMW), Criminal Justice Act Panel Withdrawal

Dear Judge Wood:

I am Criminal Justice Act ("CJA") counsel to Damien Matos in the above-captioned matter. I have been nominated by Mayor Adams to serve as the Commissioner of the City's Department of Investigation and expect to resign from the CJA panel, pending confirmation of my position by the New York City Council. I therefore respectfully request that I be permitted to withdraw as counsel for Mr. Matos and that my partner David Meister, with whom I share a seat on the panel, be appointed as counsel in my place. I have conferred with Judge Cathy Seibel concerning my withdrawal from the Panel and informed her that I would be making this proposal to the Judges in each of my CJA cases. *[KMW granted]*

Further, I respectfully request that my partner Christopher Gunther, who intends to apply for admission to the CJA panel this May, and, if appointed, join the panel in January 2023, be permitted to serve as Associate Counsel to Mr. Meister in the above-referenced matter. Mr. Gunther, a partner in the Government Enforcement & White Collar Crime Group at the Firm for over twenty years, previously served two three-year appointments on the CJA Panel in the Southern District of New York, from January 2010 through the end of 2015. Prior to joining the Firm, Mr. Gunther *[KMW granted]*

Hon. Kimba M. Wood
February 15, 2022
Page 2

served as an Assistant U.S. Attorney in the Eastern District of New York for three and a half years, and as a law clerk to the Honorable J. Daniel Mahoney for the U.S. Court of Appeals for the Second Circuit.

I have advised Mr. Matos of my departure and he consents to this request.

Respectfully submitted,

/s/ Jocelyn E. Strauber

Jocelyn E. Strauber

SO ORDERED:  N.Y., N.Y.  2/16/22

_____
KIMBA M. WOOD
U.S.D.J.