# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-2100
DIRECT FAX
917-777-2100
EMAIL ADDRESS
David.Meister@SKADDEN.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/22

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

February 24, 2022

**VIA ECF**

**MEMO ENDORSED**

Hon. Kimba M. Wood
U.S. District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

RE:   *United States v. Damien Matos*, 20-cr-361 (KMW)

Dear Judge Wood:

We write on behalf of our client, Damien Matos, to respectfully request an extension of time to file our sentencing submission, currently due on March 7, 2022, to March 21, 2022, and relatedly, an extension of time for the government to file its response from March 14, 2022 to March 28, 2022, and an adjournment of the sentencing, currently scheduled for March 23, 2022 at 12:00 p.m., to a date on or after April 6, 2022. We are requesting this adjournment because we need additional time to confer with our client with respect to our sentencing submission, in part because we need additional time to review the mitigation specialist's report with him.

*Granted*

This is our second request for an extension of time to file Mr. Matos's sentencing submission and to adjourn his sentencing accordingly; Your Honor granted the defense's previous request. The Government does not object to this request.

Hon. Kimba M. Wood
February 24, 2022
Page 2

*Sentencing is adjourned to April 13, 2022, at 12:30 p.m.*

Respectfully submitted,

/s/ David Meister

David Meister

cc: Assistant U.S. Attorney Kevin Mead (via ECF)

SO ORDERED: N.Y., N.Y. 2/28/22

_____
KIMBA M. WOOD
U.S.D.J.