UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

DAMIAN MATOS,

                          Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 361 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/22

KIMBA M. WOOD, District Judge:

    Due to a conflict with the Court's calendar, the sentencing currently scheduled for April 13, 2022, is adjourned to Wednesday, April 20, 2022, at 12:30 p.m.

    SO ORDERED.

Dated: New York, New York
        April 11, 2022

                                      /s/ Kimba M. Wood
                                      KIMBA M. WOOD
                           UNITED STATES DISTRICT JUDGE