UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA,

    - against -

DAMIEN MATOS,

                     Defendant.
-----------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/23

20 Cr. 361 (KMW)

~~PROPOSED~~ ORDER

    **HAVING CONSIDERED** Damien Matos' Motion to Clarify Sentence in the above named matter;

    It is hereby **ORDERED** that Mr. Matos' motion be **GRANTED**. This Court sentenced Mr. Matos' to a total of 43 months, with credit for time served in pretrial custody. The Court's intention was that Mr. Matos would serve an approximate additional 18 months in custody, less any good time credits Mr. Matos may receive while in custody. To the extent that the Bureau of Prisons has interpreted this Court's sentence to the contrary, that is in error. The Bureau of Prison is directed to modify their calculations of Mr. Matos' sentence to give him credit for the time spent in pretrial custody.

Signed this 11th day of April, 2023.

                                                                        _____
                                                                        Hon. Kimba W. Wood
                                                                        United States District Judge