UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against-

DAMIEN MATOS,

                          Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 361 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/23

KIMBA M. WOOD, District Judge:

      The conference on the violation of supervised release is adjourned to October 4, 2023, at 11:30 a.m.

      SO ORDERED.

Dated: New York, New York
           September 13, 2023

                                                    /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE