

U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 28, 2023
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 27, 2023

**MEMO ENDORSED**

**BY ECF**
Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Matos*, 20 Crim. 361 (KMW)

Dear Judge Wood:

The Government submits this letter, with the consent of the United States Probation Office ("Probation"), to respectfully request that internal chronologies and related documents maintained by Probation, detailing Damien Matos's supervision, be unsealed. The Court has scheduled a revocation hearing in this case for October 18, 2023, and Probation has indicated that they have information relevant to the Specifications set forth in the July 13, 2023 Violation Report contained within their chronologies and related documents.

Accordingly, the Government respectfully requests that the Court enter an order unsealing these chronologies and related notes in advance of the hearing.[1]

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Kevin Mead
Kevin Mead
Assistant United States Attorney
(212) 637-2211

CC: All Counsel of Record (by ECF)
Probation (by email)

**The Government's request to unseal internal chronologies and related documents maintained by Probation is GRANTED.**

**SO ORDERED.**

**Dated: New York, New York**
**September 28, 2023**

*/s/ Kimba M. Wood*
**KIMBA M. WOOD**
**UNITED STATES DISTRICT JUDGE**

---

[1] Once in possession of the files, the Government will disclose any discoverable information pursuant to Title 18, United States Code, Section 3500 and/or pursuant to its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972).