

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/23

October 24, 2023

**BY ECF**
Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Matos*, 20 Crim. 361 (KMW)

Dear Judge Wood:

By memo dated July 13, 2023, the defendant was charged with six specifications for violations of supervised release, and a hearing is presently scheduled on those specifications for November 1, 2023. The Government no longer plans to proceed on those specifications, and Probation has requested that they be withdrawn.

The defendant is presently detained on those specifications, and so the Government respectfully also requests that the Court memo-endorse this letter to allow for the defendant's release. The Government and Probation further request that the defendant' conditions of supervised release be modified to include a no-contact order with the victim of the prior specifications and a four-month period of location monitoring. The defendant consents to those modifications for now, but reserves his right to revisit them in the future. [Granted]

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Kevin Mead
Kevin Mead
William Stone
Assistant United States Attorneys
(212) 637-2211/2521

CC: All Counsel of Record (by ECF)
     Probation (by email)

All specifications for violations of supervised release against defendant are hereby dismissed. He is ordered to be released from custody. The defendant remains subject to the conditions of supervision previously imposed, with the added condition of no-contact with the victim and four-month period of location monitoring.

SO ORDERED: N.Y., N.Y. 10/25/23

_____
KIMBA M. WOOD
U.S.D.J.