UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/23
```

---

UNITED STATES

vs.

**DAMIEN MATOS**

---

ORDER

20    CR 361 (KMW)

To: U.S. Marshals Office

**It is hereby ordered :**

that defendant, Damien Matos

, Reg # ( 88040 ) -054, be released from custody, The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

10/25/2023
_____
Date