USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/25

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3483
DIRECT FAX
(917) 777-3483
EMAIL ADDRESS
CGUNTHER@SKADDEN.COM

January 13, 2025

**MEMO ENDORSED**

**BY ECF**

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        RE:    <u>United States v. Damien Matos, 20-cr-361 (KMW)</u>

Dear Judge Wood:

        We write on behalf of our client, Damien Matos. In October, at the parties' request, the Court set a control date January 22, 2025 for a hearing on the Probation Department's report on an alleged violation of supervised release. We respectfully request that the control date be adjourned for 90 days because the New York State criminal case against Mr. Matos based on the same incident is scheduled for hearing and trial on January 27, 2025. The Government consents to this request.

*The control date is adjourned to April 23, 2025.*

                                          Respectfully submitted,

                                          */s/ Christopher Gunther*
                                          Christopher J. Gunther

cc:    Assistant U.S. Attorney Kevin Mead (via ECF)

**SO ORDERED:** N.Y., N.Y. 1/13/25

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.