USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,               :   1:20-cr-361 (KMW)

                 Government,    :   **[PROPOSED] ORDER TO**
                                                                 **WITHDRAW ALISSA CURRAN**
        - against -                    :   **AS ATTORNEY**

DAMIEN MATOS,                           :

                 Defendant.     :

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The motion of Alissa Curran to withdraw as an attorney in the above-referenced action is granted.

IT IS HEREBY ORDERED that Alissa Curran be withdrawn as counsel for defendant Damien Matos in the above-referenced action.

IT IS SO ORDERED.

DATED: _____1/13/25_____    _____/s/ Kimba M. Wood_____
                                                                     THE HONORABLE KIMBA M. WOOD
                                                                     UNITED STATES DISTRICT JUDGE