UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

DAMIAN MATOS,

                  Defendant.
------------------------------------------------------------x

**ORDER**
20 CR 361 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/25

KIMBA M. WOOD, District Judge:

The Court will hold a conference on Wednesday, May 14, 2025, at 11:45 a.m., to discuss the defendant's April 26, 2025 email motion to the Court.

SO ORDERED.

Dated: New York, New York
       April 30, 2025

                                          _____
                                             KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE