SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3483
DIRECT FAX
(917) 777-3483
EMAIL ADDRESS
CGUNTHER@SKADDEN.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/25

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON

ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

July 18, 2025

**MEMO ENDORSED**

**BY ECF**

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:    United States v. Damien Matos, 20-cr-361 (KMW)

Dear Judge Wood:

We write on behalf of our client, Damien Matos. In April, at the parties' request, the Court set a control date of July 23, 2025, for a hearing on the Probation Department's report on an alleged violation of supervised release. As raised to the Court in late May, we submitted a bail application on Mr. Matos's behalf. On June 24, 2025, Magistrate Judge Barbara C. Moses denied Mr. Matos's bail application. Nevertheless, we respectfully request that the control date be adjourned for 60 days, until late September, as we still anticipate the resolution of the state proceedings may impact an appropriate resolution of the federal violation case. The Government consents to this request.

*The control date is adjourned to September 24, 2025.*

Respectfully submitted,

/s/ Christopher J. Gunther
Christopher J. Gunther

SO ORDERED:  N.Y., N.Y.  7/25/25

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.