### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3483
DIRECT FAX
(917) 777-3483
EMAIL ADDRESS
CGUNTHER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/12/2025

September 12, 2025

**MEMO ENDORSED**

**BY ECF**

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: United States v. Damien Matos, 20-cr-361 (KMW)

Dear Judge Wood:

We write on behalf of our client, Damien Matos. In July, at the parties' request, the Court set a control date of September 24, 2025 for a hearing on the Probation Department's report on an alleged violation of supervised release. We respectfully request that the control date be adjourned for 90 days because the New York State criminal case against Mr. Matos based on the same incident is scheduled for trial on October 6, 2025. The Government consents to this request.

*The control date is adjourned to December 17, 2025.*

Respectfully submitted,

/s/ Christopher J. Gunther
Christopher J. Gunther

cc: Assistant U.S. Attorney Kevin Mead (via ECF)

SO ORDERED:  N.Y., N.Y.
09/12/2025

_____
KIMBA M. WOOD
U.S.D.J.